**No. 56791.**—E. Tamburo & Co. *v.* United States, protest 175227–K (New York).

Opinion by Ford, J. It was stipulated that certain items of the involved merchandise consist of bleached silk fabrics similar in all material respects to those passed upon in *Walter Strassburger & Co., Inc., et al.* v. *United States* (26 Cust. Ct. 210, C. D. 1326). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

**No. 56792.**—Jay Thorpe, Inc., and W. J. Byrnes Co. of N. Y., Inc. *v.* United States, protest 178798–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of bags in chief value of beads, not ornamented with beads, similar in all material respects to those the classification of which was involved in Abstract 56124, the claim of the plaintiffs was sustained.